Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 374 - 1 | **DATE** | 5/9/2008 |
| **CASE TITLE** | USA vs. Viktorija Malukaite | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Viktorija Malukaite appears in response to arrest on 05/09/08. Defendant informed of her rights. Enter order appointing Paul Flynn as counsel for defendant. Government's oral motion for pretrial detention is granted. Defendant's oral motion for expedited detention hearing is granted. Detention hearing is set for this afternoon, May 9, 2008 at 3:30 p.m. Defendant to remain in custody until further order of the Court.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|