# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 374 - 1 | **DATE** | 5/9/2008 |
| **CASE TITLE** | USA vs. Viktorija Malukaite | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion to detain the defendant pending trial is denied. Enter Order Setting Conditions of Release. Defendant waives her right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Status hearing is set for 06/10/08 at 2:30 p.m.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|