**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                                            Plaintiff,

v.                                                           Case No.: 1:08−cr−00374
                                                                Honorable Nan R. Nolan

Viktorija Malukaite
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Magistrate judge status hearing held on 6/11/2008. Defendant is hereby admonished and reminded that she is ordered to comply with all conditions set forth in the Order Setting Conditions of Release. Defendant's oral motion for modification as to curfew and employment is granted. Defendant is advised that any modifications to her pretrial release order, must first be directed and approved by Pretrial Services prior to any adjustments being made. Order to follow. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.