IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 08 CR 374 |
| | ) | |
| | ) | Judge Nan R. Nolan |
| v. | ) | |
| | ) | |
| Victoria Malukajte | ) | |

ORDER

This matter having come before the Court and with the Government having no objection on the defendant's request that the conditions of the defendant's release be modified as such:

1. The defendant is permitted to leave her home at 5 a.m. to workout at the YMCA.

2. The defendant is permitted to work as a model if and when the Pretrial Services Officer can verify what the hours of the scheduled modeling appointment are allowing the defendant enough time to change, replace wardrobe and return home.

ENTER:

Nan R Nolan

Judge

DATED: 6/16/08