UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | 08 CR 374 |
| | ) | | |
| v. | ) | | |
| | ) | | |
| VIKTORIJA MALUKAITE | ) | Chief Judge | |
| | ) | James F. Holderman | |

**GOVERNMENT'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT OR TO FILE AN INFORMATION**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), for a six-day extension of time, from July 6, 2008, to July 12, 2008, in which to seek the return of an indictment or file an information against the defendant Viktorija Malukaite, for the following reasons:

1. This bank robbery investigation was initiated on May 6, 2008. Malukaite was arrested by state authorities on May 7, 2008, and on May 9, 2008, the government charged her by way of complaint with bank robbery in violation of Title 18, United States Code, Sections 2113(a) and 2.

2. The Speedy Trial Act mandates that an indictment or information be filed within 30 days of the date of the defendant's arrest. 18 U.S.C. § 3161(b). Accordingly, the original deadline for indictment or information in the case was on or about June 7, 2008.

3. On May 28, 2008, the government filed an unopposed motion to extend the time to indict defendant until July 6, 2008. Acting Chief Judge Samuel Der Yaghiayan granted the motion.

4. The government is conducting an investigation into this case, but certain factors have led to the government's request for a six-day extension. Those factors are stated in the Attachment

hereto, which the government respectfully requests be placed under seal. The government is requesting that the Attachment be sealed so as not to compromise its ongoing investigation and so as not to reveal matters occurring before the Grand Jury.

5.      Given the reasons stated in the government's sealed Attachment, the requested extension is necessary in order to sufficiently present this complex matter to the grand jury and to efficiently join into one indictment all persons the government intends to charge in this case. The United States estimates that an extension to July 12, 2008, will provide sufficient time within which to return an indictment or information in this matter.

6.      The Speedy Trial Act permits the extension of time to return an indictment "upon the request of the attorney for the government if the Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A). Among the non-exclusive factors a court may consider are:

    a.      Whether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(i);

    b.      Whether, in a case in which arrest precedes indictment, delay in the filing of the indictment is caused because the arrest occurs at a time such that it is unreasonable to expect return and filing of the indictment within the period specified in section 3161(b), or because the facts upon which the grand jury must base its determination are unusual or complex. 18 U.S.C. § 3161(h)(8)(B)(iii); and

    c.      Whether the failure to grant such a continuance in a case, which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny the attorney for the

government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(8)(B)(iv).

7.     The government respectfully submits that the continuance is warranted in this case pursuant to the forgoing provisions.  The government has been conducting a diligent and thorough investigation in this case, but the additional factors warranting an extension of time (as cited in the government's Attachment) exist.

8.     Counsel for the government has spoken with Malukaite's attorney, Paul Flynn, who stated he has no objection to this extension of time for the filing of an information or indictment.

WHEREFORE, the United States respectfully requests an extension of time to and including July 12, 2008, in which to seek an indictment in this case.

                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney

By:     /s Erik A. Hogstrom
       Erik A. Hogstrom
       Assistant United States Attorney
       United States Attorney's Office
       219 South Dearborn Street
       Chicago, Illinois  60604
       (312) 353-8709

Dated: June 30, 2008

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT OR TO FILE AN INFORMATION**

was served on June 30, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, as well as via U.S. mail by placing a copy in the mail on June 30, 2008, on the following party:

Paul Flynn
Attorney for Viktorija Malukaite
55 E. Monroe St.
Suite 2800
Chicago, IL 60603

    /s Erik A. Hogstrom
Erik A. Hogstrom
Assistant United States Attorney
Suite 500
219 South Dearborn Street
Chicago, Illinois
(312) 353-8709