Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 374 - 1 & 3 | **DATE** | 7/17/2008 |
| **CASE TITLE** | USA vs. Viktorija Malukaite and Nader Zeidan | | |

**DOCKET ENTRY TEXT**

Arraignment proceedings held. Defendants informed of their rights. Defendants acknowledge receipt of the Indictment, waive formal reading and both enter pleas of not guilty. Rule 16 conference to be conducted no later than 07/24/08. Pre-trial motions are due by 07/31/08. Response to be filed by 08/07/08. Reply brief is due by 08/14/08. Status hearing before Judge Der-Yeghiayan is set for 08/21/08 at 10:30 a.m. Time is hereby excluded from 07/17/08 to and including 08/21/08 pursuant to 18 USC § 3161 (h)(8)(A)(B).
(X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|