# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 374 - 1 | **DATE** | 8/8/2008 |
| **CASE TITLE** | USA vs. Viktorija Malukaite | | |

**DOCKET ENTRY TEXT**

Defendant's oral agreed motion for modification of bond is granted as follows and approved by Pretrial Services: (1) Defendant Viktorija Malukaite is allowed to attend her fathers birthday party (August 8, 2008) from 8 p.m. until 2 a.m.   (2) Family outing beginning the evening of August 15, 2008  until 12 a.m. (midnight) August 17, 2008. (3) Defendant is allowed to attend evening classes during the Fall Semester 2008 (Monday's 6 p.m. to 8:50 p.m. and Wednesday's from  6 p.m. to 9:50 p.m.).

Docketing to mail notices.

| Courtroom Deputy Initials: | LXS |
|---|---|