# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 374 | **DATE** | 8/21/2008 |
| **CASE TITLE** | USA vs. Viktorija Malukaite, Ahmad Ali Ahmad, Nader Zeidan, Rami Jafilan | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/07/08 at 9:30 a.m. as to all Defendants. In the interest of justice, the Government's oral motion to exclude time through and including 10/07/08 is granted pursuant to 18 U.S.C. 3161(h)(8)(A)(B) without objection.   (X-T)

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|