UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 374 |
| | ) | Judge Der-Yeghiayan |
| VIKTORIJA MALUKAITE, | ) | |
| AHMAD ALI AHMAD, | ) | |
| NADER ZEIDAN, and | ) | |
| RAMI JAFILAN | ) | |

UNITED STATES BILL OF PARTICULARS
FOR FORFEITURE OF CERTAIN PROPERTY

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files the following Bill of Particulars.

Through the violations of Title 18, United States Code, Section 2113, as alleged in the indictment, the United States seeks forfeiture of all property constituting and derived from, and traceable to, proceeds obtained directly or indirectly as a result of the defendants' violations including, but not limited to, funds seized separately in the amounts of $27,640, $660, $8,000, $6,567, $985 and $408 pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Dated: September 5, 2008

                                                             Respectfully submitted,

                                                             PATRICK J. FITZGERALD
                                                             United States Attorney

                                      By:    /s/Erik Hogstrom
                                               ERIK HOGSTROM
                                             Assistant United States Attorney
                                             219 South Dearborn Street-5th Floor
                                             Chicago, Illinois 60604
                                             (312) 353-5300